UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MEIRU LI, *et al.*,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>UR M. JADDOU, Director, U.S. Citizenship and Immigration Services,<br><br>　　　　　Defendant. | No. CV 22-01314-PA (JEMx)<br><br>**ORDER DISMISSING CASE**<br><br>Honorable Percy Anderson United States District Judge |

Having read and considered the joint Stipulation of Dismissal submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The instant action shall be dismissed without prejudice;
2. United States Citizenship and Immigration Services ("USCIS") issued a Request for Evidence ("RFE") on the principal Plaintiff's pending Form I-829, Petition by Investor to Remove Conditions on Permanent Resident Status, on November 30, 2022;
3. Plaintiffs agree to timely submit the supplemental information, documents, and evidence requested to USCIS;
4. Plaintiffs' counsel agrees to promptly provide Defendants counsel the tracking number for the response submitted to USCIS;
5. Defendants agree to diligently work towards adjudication of Plaintiffs' Forms I-829 and will adjudicate or take next adjudicative action on their petitions within 90 days of receipt of Plaintiffs' response to the RFE;
6. If a Petition has not been adjudicated in accordance with the above timelines, Plaintiffs shall notify Defendants' counsel, or his assign, via email and provide USCIS 14 days to remedy;
7. If Defendants are unable to meet these deadlines for reasons out of their control, Defendants agree to notify counsel for Plaintiffs and Plaintiffs' counsel agrees to work in good faith with defendants to resolve the issue without judicial intervention; and
8. Each party agrees to bear his, her or its own litigation costs and attorney fees.

Dated: December 1, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1